UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-7704

June 21, 2006

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

      MDL-875
IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION
      **SEE ATTACHED LIST**

Dear Clerk:

    The enclosed Conditional Transfer Order (CTO-264) is being sent to you regarding the involved actions. They have been properly identified as multidistrict litigation asbestos cases. However, pursuant to the opinion and order of 7/29/91, 771 F.Supp. 415, our court is not accepting the original records and/or docket responsibility on the involved 93,000 actions.

    **Please do not forward the original record, certified docket entries and/or a certified copy of the transfer order to this District.**

Please continue to process the litigation in your court, per the opinion, pretrial and administrative orders. If you have any questions please contact me at (267) 299-7019.

                          Sincerely,

                          MICHAEL E. KUNZ
                          Clerk of Court

                          Sharon Carter
                          MDL Coordinator

enclosure

A CERTIFIED TRUE COPY

JUN 13 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JUN 27 2006
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RICHARD W. WIEKING MAY 2 3 2006
CLERK, U.S. ...
... FILED
CLERK'S OFFICE

DOCKET NO. 875
C 06-0843 JL

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-264)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 80,641 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN 13 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-264 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3 06-843 | Richard Cody v. General Electric Co. |
| CAN 3 06-1634 | Robert Mathews v. General Electric Co., et al. |
| CAN 3 06-2271 | Maria J. Ballenger, et al. v. Agco Corp., et al. |
| CAN 4 06-2134 | Richard Smid, et al. v. General Electric Co., et al. |
| **ILLINOIS SOUTHERN** | |
| ILS 3 06-199 | Clarence Rushing, et al. v. Burlington Northern & Santa Fe Railway Co. |
| **MASSACHUSETTS** | |
| ~~MA 1 06-10618~~ | ~~Louise M. Proto, etc. v. Metropolitan Life Insurance Co., et al.~~ Opposed 6/13/06 |
| **MARYLAND** | |
| MD 1 06-841 | Donna F. Forster, etc. v. Anchor Packing Co., et al. |
| **MINNESOTA** | |
| MN 0 06-442 | Roy C. Carlson v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 06-443 | Mayo W. Chance v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 06-446 | Verner Keskitalo v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 06-449 | David J. Olson v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 06-1314 | Roland Lamke v. Garlock Sealing Technologies, LLC, et al. |
| **MISSISSIPPI NORTHERN** | |
| MSN 1 06-51 | James Wayne Anglin v. Bondex International, Inc., et al. |
| MSN 1 06-54 | Billy D. McGaughy v. Bendix Corp., et al. |
| MSN 1 06-57 | John Sellers v. Bendix Corp., et al. |
| MSN 1 06-65 | Elbert Franklin Davis v. Bendix Corp., et al. |
| MSN 1 06-66 | Edward Fowler v. Bendix Corp., et al. |
| MSN 1 06-67 | Jimmy Taylor v. Certainteed Corp., et al. |
| MSN 1 06-68 | Bill Jerome Parker v. Garlock, Inc., et al. |
| MSN 1 06-69 | Jewel Edward Parker v. Garlock, Inc., et al. |
| MSN 1 06-70 | Charles Clarence McVay, Jr. v. Georgia-Pacific Corp., et al. |
| MSN 1 06-75 | Sammy Egbert Parker v. Garlock, Inc., et al. |
| MSN 1 06-78 | Arnold Parker v. Garlock, Inc., et al. |
| MSN 1 06-81 | Bobby Ray Hilburn v. Garlock, Inc., et al. |
| MSN 1 06-82 | Clovis Essary v. Ametek, Inc., et al. |
| MSN 1 06-83 | Frank Henry v. Ametek, Inc., et al. |
| MSN 1 06-84 | Billy Gale Trimble v. Dana Corp., et al. |
| MSN 1 06-86 | Willie Melvin Ross v. Ametek, Inc., et al. |
| MSN 1 06-87 | Almus Lee Ross v. Ametek, Inc., et al. |
| MSN 1 06-89 | Donnie L. Bray v. Garlock, Inc., et al. |
| MSN 1 06-90 | Mary Manley, etc. v. Aqua-Chem, Inc., et al. |
| MSN 1 06-104 | Earl Franklin Spencer v. Garlock, Inc., et al. |
| MSN 2 06-27 | Kenneth W. Lantrip v. Ametek, Inc., et al. |
| MSN 2 06-28 | Paul M. Jennings v. Garlock, Inc., et al. |
| MSN 2 06-34 | Earl Jones v. Georgia-Pacific Corp., et al. |
| MSN 2 06-35 | Wilber Taylor v. Georgia-Pacific Corp., et al. |
| MSN 2 06-37 | Ira Bledsoe v. Georgia-Pacific Corp., et al. |

SCHEDULE - CTO-264 - TAG-ALONG ACTIONS - MDL-875    Page 2 of 6

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MSN 2 06-39 | Ben Christian v. Georgia-Pacific Corp., et al. |
| MSN 2 06-40 | Roy Thomas v. Georgia-Pacific Corp., et al. |
| MSN 2 06-41 | Ollie McCray v. Garlock, Inc., et al. |
| MSN 2 06-45 | Rena Mae McCray v. Ametek, Inc., et al. |
| MSN 2 06-46 | Dennise Gene Pearson v. Certainteed Corp., et al. |
| MSN 2 06-47 | Lawrence King v. Ametek, Inc., et al. |
| MSN 3 06-20 | Jerry Clay Merritt, Sr. v. Bendix Corp., et al. |
| MSN 3 06-22 | Mack Arthur Quarles v. Bendix Corp., et al. |
| MSN 3 06-28 | Donny Delbridge, et al. v. Garlock, Inc., et al. |
| MSN 3 06-29 | Claude Campbell v. Georgia-Pacific Corp., et al. |
| MSN 3 06-30 | Rickey Bing v. Georgia-Pacific Corp., et al. |
| MSN 3 06-31 | Al Beard v. Georgia-Pacific Corp., et al. |
| MSN 3 06-32 | Clyde Campbell v. Georgia-Pacific Corp., et al. |
| MSN 3 06-33 | Oplis King v. Georgia-Pacific Corp., et al. |
| MSN 3 06-34 | Warrick Darnell Jones v. Georgia-Pacific Corp., et al. |
| MSN 3 06-35 | John P. Riles v. Certainteed Corp., et al. |
| MSN 3 06-36 | Glenn Edward Smith v. Georgia-Pacific Corp., et al. |
| MSN 3 06-37 | Donald Houston Roy v. Garlock, Inc., et al. |
| MSN 3 06-42 | Walter D. Henry v. Ametek, Inc., et al. |
| MSN 3 06-43 | Thomas Johnson Thweatt v. Crown Cork & Seal Co. (USA), Inc., et al. |
| MSN 3 06-44 | Cecil Gandy v. Ametek, Inc., et al. |
| MSN 3 06-45 | Bettina Hardin, et al. v. Georgia-Pacific Corp., et al. |
| MSN 3 06-46 | Milton Ferrell Simpson v. Georgia Pacific Corp., et al. |
| MSN 3 06-47 | Kathleen Parvin v. Ametek, Inc., et al. |
| MSN 3 06-48 | Biddie Louis Pannell v. Georgia-Pacific Corp., et al. |
| MSN 3 06-49 | Raymond Bates v. Georgia-Pacific Corp., et al. |
| MSN 4 05-124 | James Anderson, et al. v. Owens-Illinois, Inc. |

MISSISSIPPI SOUTHERN

| | |
|---|---|
| MSS 1 06-126 | Mary Barnette v. Bendix Corp., et al. |
| MSS 1 06-138 | Helen Thrash, etc. v. Budd Co., et al. |
| MSS 1 06-139 | Wendell Alford v. Arvin Meritor, Inc., et al. |
| MSS 1 06-144 | Billy Bell v. Bondex International, Inc., et al. |
| MSS 1 06-169 | William Bethea Everett v. Bendix Corp., et al. |
| MSS 1 06-171 | Robert Earle McCullough, et al. v. Ametek, Inc., et al. |
| MSS 1 06-172 | Herbert Frank Poole v. Bondex International, Inc., et al. |
| MSS 1 06-173 | Walter Dave Wigley v. Ametek, Inc., et al. |
| MSS 1 06-177 | Tillis Edgar Loper v. Ford Motor Co., et al. |
| MSS 1 06-179 | Richard Lee Epting v. D.B. Riley, Inc., et al. |
| MSS 1 06-181 | Andrew Husley, Jr. v. Georgia-Pacific Corp., et al. |
| MSS 1 06-184 | Eugene Raymond Walker v. Georgia-Pacific Corp., et al. |
| MSS 1 06-190 | John Byars v. Aqua-Chem, Inc., et al. |
| MSS 1 06-201 | Jimmy Bilbro v. Ametek, Inc., et al. |
| MSS 1 06-202 | Francis Elliot Larson v. Ametek, Inc., et al. |
| MSS 1 06-203 | Willie Gooden v. Ametek, Inc., et al. |
| MSS 1 06-204 | James Carson v. Ametek, Inc., et al. |
| MSS 1 06-205 | Eddie Chandler v. Ametek, Inc., et al. |
| MSS 1 06-206 | Orville Goolsby v. Ametek, Inc., et al. |
| MSS 1 06-207 | John Field v. Ametek, Inc., et al. |
| MSS 1 06-208 | Kenneth Estis v. Ametek, Inc., et al. |
| MSS 1 06-209 | Willard Roberts v. Ametek, Inc., et al. |
| MSS 1 06-210 | Norman Kearney Shelton v. Bendix Corp., et al. |
| MSS 1 06-211 | Pertis Rander Watts v. Ametek, Inc., et al. |

SCHEDULE - CTO-264 - TAG-ALONG ACTIONS - MDL-875                              Page 3 of 6

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MISSISSIPPI SOUTHERN | |
| MSS 1 06-212 | Wardell Sawyer v. Ametek, Inc., et al. |
| MSS 1 06-213 | Eddie Chandler v. Ametek, Inc., et al. |
| MSS 1 06-214 | Alfred Riley Nix v. Ametek, Inc., et al. |
| MSS 1 06-215 | Roy H. Mixon v. Ametek, Inc., et al. |
| MSS 1 06-216 | Jefferson Davis v. Aqua-Chem, Inc., et al. |
| MSS 1 06-219 | Harry Collins v. Certainteed Corp., et al. |
| MSS 1 06-220 | Howard Dugger, et al. v. Aqua-Chem, Inc., et al. |
| MSS 1 06-221 | Isaac Dugger v. Aqua-Chem, Inc., et al. |
| MSS 1 06-227 | Raymond Nygard v. American Optical Co., et al. |
| MSS 1 06-228 | Reuben Eugene Ogborn v. Ametek, Inc., et al. |
| MSS 1 06-229 | Ernest McIntosh v. Aqua-Chem, Inc., et al. |
| MSS 1 06-230 | Donald Hartfield v. Ametek, Inc., et al. |
| MSS 1 06-231 | Lewis Catrett v. Aqua-Chem, Inc., et al. |
| MSS 1 06-232 | Michael Wayne McClantoc v. Ametek, Inc., et al. |
| MSS 1 06-234 | John Bruce Swanzy v. Ametek, Inc., et al. |
| MSS 1 06-235 | William Ray v. Ametek, Inc., et al. |
| MSS 1 06-236 | Allen Cochran v. American Optical Co., et al. |
| MSS 1 06-237 | Billy Brock v. Drilling Specialties Co., LLC, et al. |
| MSS 1 06-238 | Linzy Holliman v. Aqua-Chem, Inc., et al. |
| MSS 1 06-239 | Horace Leon Welford v. Ametek, Inc., et al. |
| MSS 1 06-240 | Joe Cameron, et al. v. Aqua-Chem, Inc., et al. |
| MSS 1 06-241 | Zolia Cornelius Oliver, Jr. v. Aqua-Chem, Inc., et al. |
| MSS 1 06-242 | Curtis Aron Prescott v. Ametek, Inc., et al. |
| MSS 1 06-248 | James Fross v. Aqua-Chem, Inc., et al. |
| MSS 1 06-250 | Louis Montgomery v. Aqua-Chem, Inc., et al. |
| MSS 1 06-262 | Lillie C. Hill v. General Electric Co., et al. |
| MSS 1 06-263 | Leavern Wilson v. Ametek, Inc., et al. |
| MSS 1 06-264 | Samuel Earl Mozingo v. Ametek, Inc., et al. |
| MSS 1 06-267 | Rudolph Ishee v. Ametek, Inc., et al. |
| MSS 1 06-270 | Ernest Ray Littlefield, Sr. v. Aqua-Chem, Inc., et al. |
| MSS 1 06-272 | Billy Brock v. Drilling Specialties Co., LLC, et al. |
| MSS 1 06-273 | Timothy Lavoy Hill v. Ametek, Inc., et al. |
| MSS 1 06-274 | Otis Gayle McDonald v. Ametek, Inc., et al. |
| MSS 1 06-275 | Claude Layton Odom v. D.B. Riley, Inc., et al. |
| MSS 1 06-276 | Jimmy Lavon Parker v. Dana Corp., et al. |
| MSS 1 06-277 | Eddie Louis Smith v. Certainteed Corp., et al. |
| MSS 1 06-279 | George Louis Smith v. Certainteed Corp., et al. |
| MSS 1 06-280 | Levi Thomas, Jr. v. Certainteed Corp., et al. |
| MSS 1 06-281 | Lawrence Ainsworth v. Drilling Specialties Co., LLC, et al. |
| MSS 1 06-282 | Curtis Lee Jernigan v. Ametek, Inc., et al. |
| MSS 1 06-285 | Sylvester Benson Robinson, Jr. v. Ametek, Inc., et al. |
| MSS 1 06-286 | James Bartlett v. Ametek, Inc., et al. |
| MSS 1 06-287 | General L. Sherman v. Ametek, Inc., et al. |
| MSS 1 06-288 | Charles Green v. Ametek, Inc., et al. |
| MSS 1 06-289 | William E. Burkhart v. Ametek, Inc., et al. |
| MSS 1 06-290 | Jean Barnwell, etc. v. Ametek, Inc., et al. |
| MSS 1 06-291 | Melvin Lister, Jr. v. Aqua-Chem, Inc., et al. |
| MSS 1 06-292 | Jimmy Davis Ward v. Ametek, Inc., et al. |
| MSS 1 06-293 | Ralph Elbert Tucker v. Ametek, Inc., et al. |
| MSS 1 06-294 | Clarence Eugene Lister v. Ametek, Inc., et al. |
| MSS 1 06-295 | Sammy W. Crawford v. Ametek, Inc., et al. |
| MSS 1 06-296 | James L. Stuckey v. Ametek, Inc., et al. |
| MSS 1 06-297 | Chester Kenton Freeman v. Ametek, Inc., et al. |

SCHEDULE - CTO-264 - TAG-ALONG ACTIONS - MDL-875						Page 4 of 6

DIST. DIV. C.A. #			CASE CAPTION

MISSISSIPPI SOUTHERN
MSS 1 06-298			Davey Ellis Rabb v. Ametek, Inc., et al.
MSS 1 06-299			Kenneth R. Mahan v. Ametek, Inc., et al.
MSS 1 06-300			Thomas Franklin Pearson v. Ametek, Inc., et al.
MSS 1 06-301			Leslie W. Johnson v. Ametek, Inc., et al.
MSS 1 06-302			Curtis L. Raybon, Sr. v. Ametek, Inc., et al.
MSS 1 06-303			Edward Charles Besancon, Sr. v. Ametek, Inc., et al.
MSS 1 06-304			Connell Lewis v. Aqua-Chem, Inc., et al.
MSS 1 06-305			Richard Lowery Dana v. Aqua-Chem, Inc., et al.
MSS 1 06-306			Albert Earl Smith v. Ametek, Inc., et al.
MSS 1 06-308			John Bryant v. Owens-Illinois, Inc.
MSS 1 06-309			Charlie Davis v. Ametek, Inc., et al.
MSS 1 06-320			Bennie Luther Sparkman v. Ametek, Inc., et al.
MSS 1 06-321			Cecil Alfred Whitmore v. Ametek, Inc., et al.
MSS 1 06-322			Michael Robinson v. Ametek, Inc., et al.
MSS 1 06-323			Luther Knight v. Ametek, Inc., et al.
MSS 1 06-324			Alton Cornett v. Ametek, Inc., et al.
MSS 1 06-325			Albert Earl Smith v. Ametek, Inc., et al.
MSS 1 06-326			Jack Crawford v. Aqua-Chem, Inc., et al.
MSS 1 06-327			Chester Kenton Freeman, Sr. v. Ametek, Inc., et al.
MSS 1 06-328			Claude Garrett v. Ametek, Inc., et al.
MSS 1 06-329			Robert Furby v. Ametek, Inc., et al.
MSS 1 06-330			Jessie L. Bennett v. Ametek, Inc., et al.
MSS 1 06-331			James Buckley v. Ametek, Inc., et al.
MSS 1 06-332			Bruce B. Ebeling v. Ametek, Inc., et al.
MSS 1 06-333			Byron Brown v. Ametek, Inc., et al.
MSS 1 06-334			Hayward Dwight Ray v. Ametek, Inc., et al.
MSS 1 06-335			John Morgan v. Ametek, Inc., et al.
MSS 1 06-336			Majure Lavon Smith v. Ametek, Inc., et al.
MSS 1 06-337			Mildred Blackwell Henderson v. Ametek, Inc., et al.
MSS 1 06-338			Billy Boyles v. Ametek, Inc., et al.
MSS 1 06-339			Billy Reid v. Ametek, Inc., et al.
MSS 1 06-340			Joseph Jens Pedersen v. Ametek, Inc., et al.
MSS 1 06-341			Julian Crooks v. Ametek, Inc., et al.
MSS 1 06-342			Teddy Albert Sullivan v. Ametek, Inc., et al.
MSS 1 06-343			James E. Smith v. Ametek, Inc., et al.
MSS 1 06-344			James Clay v. Certainteed Corp., et al.
MSS 1 06-345			Douglas C. Danley v. Ametek, Inc., et al.
MSS 1 06-346			John D. Grant v. Ametek, Inc., et al.
MSS 1 06-347			Joseph Cox v. Ametek, Inc., et al.
MSS 1 06-348			Jerry Louis Kirkland v. Georgia-Pacific Corp., et al.
MSS 1 06-349			Jerry Harvison v. Ametek, Inc., et al.
MSS 1 06-350			Lloyd Sumers Tickell, Jr. v. Ametek, Inc., et al.
MSS 1 06-351			Coney B. Bryan v. Ametek, Inc., et al.
MSS 1 06-352			Ted Grey v. Ametek, Inc., et al.
MSS 1 06-353			Nickey Arnold v. Ametek, Inc., et al.
MSS 1 06-354			Billy Ray Holifield v. Georgia-Pacific Corp., et al.
MSS 1 06-355			Billy Charles Smith v. Georgia-Pacific Corp., et al.
MSS 1 06-356			Hubert L. Jones v. Georgia-Pacific Corp., et al.
MSS 1 06-357			Walter Hargrave v. Ametek, Inc., et al.
MSS 1 06-358			Lloyd Overton v. Ametek, Inc., et al.
MSS 1 06-359			Roland L. Thornton v. Ametek, Inc., et al.
MSS 1 06-360			Michael M. Murphy v. Ametek, Inc., et al.
MSS 1 06-361			Helen Patricia Odom v. Georgia-Pacific Corp., et al.

SCHEDULE - CTO-264 - TAG-ALONG ACTIONS - MDL-875               Page 5 of 6

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 06-362 | John Paul Rigney v. Ametek, Inc., et al. |
| MSS 1 06-364 | Eddie Charles Jones v. Certainteed Corp., et al. |
| MSS 1 06-366 | Jean Loper v. Aqua-Chem, Inc., et al. |
| MSS 1 06-367 | Paris Martin v. Certainteed Corp., et al. |
| MSS 1 06-369 | Charles McArthur Palmer v. Ametek, Inc., et al. |
| MSS 1 06-370 | Leavester McKenzie v. Ametek, Inc., et al. |
| MSS 1 06-371 | Roy Barnett v. Ametek, Inc., et al. |
| MSS 1 06-372 | Delano Abercrombie, et al. v. Crane Co., et al. |
| MSS 1 06-373 | Clarence McNeese v. Crane Co., et al. |
| MSS 1 06-381 | Johnny W. Faust v. Phillips 66 Co., et al. |
| MSS 1 06-382 | Dale F. Polk v. Phillips 66 Co., et al. |
| MSS 1 06-395 | John Lee Dover v. Certainteed Corp., et al. |
| MSS 1 06-400 | Joseph Dunbar, Jr. v. American Standard, Inc., et al. |
| MSS 1 06-403 | Adell Evans v. Fairbanks Morse Pump Corp., et al. |
| MSS 1 06-405 | Elouise Thornton v. American Standard, Inc., et al. |
| MSS 1 06-411 | Carol Ann Wood v. Crane Co., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 06-317 | Nelson Franklin McMahan, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 06-318 | Clifford Henry Morgan v. Aqua-Chem, Inc., et al. |
| NCM 1 06-319 | Charles Warren Fuller, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 06-320 | Arnold Lee Kluttz, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 06-334 | Kenneth Franklin Ballard, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 06-335 | William Wayne Allred, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 06-336 | Anthony Ladd Flinchum v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 06-100 | Timothy Eugene Abernathy v. Aqua-Chem, Inc., et al. |
| NCW 1 06-101 | Brenda Cook Baker, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-102 | Earl Reid Chronister, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-103 | Paul David Corriher, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-105 | Bill James DeBerry, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-107 | Walter Cornelius Harman, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-108 | Ronald Dale Leatherman, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-109 | Leslie Conrad Hovis, III, et al. v. Aqua-Chem, Inc, et al. |
| NCW 1 06-110 | Henry Johnson Brown, Jr. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-112 | Terry Lee Slaughter, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-113 | David Larry Wright, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-114 | Fred Chester Meeks, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-117 | Randall Ray Tracey, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-118 | Clifford Lewis McCoy, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-119 | Ronny Lee Richardson, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-120 | William Lloyd Steele, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-133 | Lonnie H. Williams, et al. v. A.W. Chesterton, Inc., et al. |
| NCW 1 06-137 | Darryl M. Hutchins v. 3M Co., et al. |
| **NEW MEXICO** | |
| NM 1 06-362 | Ronald Sanchez v. Burlington Northern & Santa Fe Railway Co. |
| NM 1 06-365 | Tim R. Sanchez v. Burlington Northern & Santa Fe Railway Co. |
| NM 1 06-368 | Ron Butler v. Burlington Northern & Santa Fe Railway Co. |
| NM 2 06-361 | William H. Monroe, Jr., etc. v. Burlington Northern & Santa Fe Railway Co. |
| NM 2 06-364 | Coleman D. Hunt v. Burlington Northern & Santa Fe Railway Co. |
| NM 6 06-363 | Bob Butler v. Burlington Northern & Santa Fe Railway Co. |
| NM 6 06-366 | Willie R. Chavez v. Burlington Northern & Santa Fe Railway Co. |

SCHEDULE - CTO-264 - TAG-ALONG ACTIONS - MDL-875                              Page 6 of 6

DIST. DIV. C.A. #              CASE CAPTION

NEW YORK EASTERN
NYE 1 06-932           John P. Voytek, etc. v. A.W. Chesterton Co., et al.
NYE 1 06-996           Clara Garner, etc. v. A.O. Smith Water Products Co., et al.
NYE 1 06-1120          Masie Frier, etc. v. A.W. Chesterton Co., et al.
NYE 1 06-1841          Joseph Nemick, et al. v. A.W. Chesterton Co., et al.
NYE 1 06-1929          James T. McMahon, Jr., et al. v. A.W. Chesterton Co., et al.

NEW YORK SOUTHERN
NYS 1 05-8414          Alan Rubin, etc. v. General Electric Co.
NYS 1 06-1708          Willard E. Bartel, et al. v. United States Lines, Inc. Reorganization Trust
NYS 1 06-1709          Willard E. Bartel, et al. v. United States Lines, Inc. Reorganization Trust
NYS 1 06-2088          Salvador Midence v. United States Lines, Inc. Reorganization Trust
NYS 1 06-2349          William E. Bartel, et al. v. United States Lines, Inc. Reorganization Trust

OHIO NORTHERN
OHN 1 06-10003         Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.
OHN 1 06-10004         Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.
OHN 1 06-10005         Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.

WEST VIRGINIA SOUTHERN
~~WVS 2 06-213~~          ~~Franklin Joseph Modley, et al. v. 20th Century Glove Corp. of Texas, et al.~~
                       Opposed 6/13/06

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 6-19-06
ATTEST: [signature]