**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA CODY, as Wrongful Death Heir, and as Successor-in-Interest to RICHARD CODY, Deceased,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY,<br><br>　　　　Defendant. | No. 3:06-cv-00843-CRB<br><br>**ORDER GRANTING PLAINTIFF'S DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE** |

**IT IS SO ORDERED**. All claims in this Federal case are hereby dismissed, without prejudice, against all Defendants named in this case pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: July 26, 2016      By: 
　　　　　　　　　　　　　　　Charles R. Breyer
　　　　　　　　　　　　　　　United States District Judge

1
ORDER GRANTING PLAINTIFF'S DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE